2016-1031 (La. 9/16/16)

**Brian MIGUEZ, et al.**

v.

**Linda B. LEDET, et al.**

**NO. 2016-CC-1031**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of St. Martin, 16th Judicial District Court Div. H, No. 81903; to

the Court of Appeal, Third Circuit, No. CW 16-00097; September 16, 2016

IN RE: Brian Miguez and Kassie Miguez, individually and on behalf of their minor son, Lacke Patrick Miguez and minor daughter, Jayda Miguez;—Plaintiff;

Denied.